### Holmes *et al.* v. Holmes *et al.*

CANDLER, J. The charge complained of was fully in accord with the law of this case as announced when it was first before this court (106 *Ga.* 858). The requests to charge were, in part, contrary to the doctrine laid down. Those which were not, and which were pertinent and applicable, were fully covered by the charge as given. The evidence was conflicting, but war-

ranted the verdict, and it was not error to overrule the motion for a new trial.                    *Judgment affirmed.    All the Justices concur.*

Argued May 20, — Decided June 9, 1904.

Equitable petition.    Before Judge Holden.    Oglethorpe superior court.    January 7, 1904.

*Hamilton McWhorter* and *John J. Strickland,* for plaintiffs in error.    *William M. Howard* and *Samuel H. Sibley,* contra.